Michael Hurey (SBN 139550)
*mhurey@kleinberglerner.com*
Vivian Z. Wang (SBN 289870)
*vwang@kleinberglerner.com*
KLEINBERG & LERNER, LLP
1875 Century Park East, Suite 1150
Los Angeles, California 90067-2501
Telephone: (310) 557-1511
Facsimile: (310) 557-1540

Attorneys for Defendants FLOORINDO, INC. dba TROPICAL FLOORING, MAXIMUS FLOORING, FANTASTIC FLOORING, POPULAR FLOORING, KC INDUSTRIES CO., CHRISTINA & SON, INC., GUNTAR SALIM, TEGUH SALIM, TOUPAN SALIM, BOBBY LIN aka BOBBY LIM, YUN FANG ZHANG aka CHRISTINA ZHANG

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNILIN BEHEER B.V., *et al.* | Case No.: 2:14-cv-02209-BRO(SSx) |
| Plaintiffs, | **DECLARATION OF VIVIAN Z. WANG IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS** |
| v. | |
| TROPICAL FLOORING, *et al.* | Date: June 16, 2014 |
| Defendants. | Time: 1:30 P.M. |
| | Place: Courtroom 14 |
| | Judge: Hon. Beverly Reid O'Connell |

- 1 -

DECLARATION OF VIVIAN Z. WANG IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

I, Vivian Z. Wang, hereby declare:

1. I am an attorney and a member of the Bar of the State of California. I am an attorney at Kleinberg & Lerner LLP, attorney of record for Floorindo, Inc., Tropical Flooring, Maximus Flooring, Fantastic Flooring, Popular Flooring, KC Industries Co., Christina & Son, Inc., and the individuals Teguh Salim, Toupan Salim, Bobby Lin, aka Bobby Lim, aka Guntar Salim, Yun Fang Zhang aka Christina Zhang (collectively, "Floorindo").  I have personal knowledge of the facts set forth in this declaration, and if called upon as a witness I could and would competently testify thereto.

2. Pursuant to Local Rule 7-3, the Parties duly conducted a meet and confer session on May 9,

3. A true and correct copy of the May 5, 2014 letter from Michael Hurey to Unilin counsel Timothy Fox is attached as Exhibit A.

4. A true and correct copy of the May 14, 2014 letter from Michael Hurey to Unilin counsel James Lee is attached as Exhibit B.

I declare under penalty of perjury that all of the foregoing is true and correct. Executed on May 16, 2014 at Los Angeles, California.

                                                /s/ Vivian Z. Wang
                                                Vivian Z. Wang

DECLARATION OF VIVIAN Z. WANG IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

# CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury that I am over the age of 18 years and not a party to this action; and that I served the individuals on the below-service list the following document(s):

**DECLARATION OF VIVIAN Z. WANG IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS WITH EXHIBITS A and B**

Filed May 16, 2014 on the ECF system, served pursuant to General Order No. 550 and/or via email, with:

| | |
|---|---|
| James M. Lee<br>James.lee@ltlattorneys.com<br>LEE TRAN & LIANG LLP | Attorneys for Plaintiffs<br>Unilin Beheer B.V. and Flooring Industries, Ltd.Sarl |
| Aijun Zhang<br>aijunzhang@verizon.net<br>LAW OFFICES OF AIJUN ZHANG | Attorneys for Defendants<br>Andrew Oei, Nulook Floor,Inc., and Siena Décor, Inc. |

Date: May 16, 2014          /s/*Vivian Z. Wang*
                            Vivian Z. Wang

                            Email: vwang@kleinberglerner.com