**FILED**
CLERK, U.S. DISTRICT COURT

7/11/2016

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CW_____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNILIN BEHEER B.V., and FLOORING INDUSTRIES, LTD. SARL, | CASE NO.: 2:14-cv-02209-BRO (SSx) |
| Plaintiffs, | |
| v. | **ORDER ENTERING DISMISSAL WITH PREJUDICE** |
| TROPICAL FLOORING, et al. | |
| Defendants. | |

1   The Court, having considered Plaintiff Unilin Beheer B.V. and Flooring

2   Industries, Ltd. SARL (collectively, "Unilin's") and Defendants Guntar Salim aka

3   Bobby Lin aka Bobby Lim, Floorindo, Inc., Tropical Flooring, Maximus Flooring,

4   Fantastic Flooring, Popular Floorings, KC Industries Co dba K&C Flooring,

5   Christina & Son, Inc., and Yun Fang Zhang aka Christina Zhang (collectively

6   "Tropical's") joint stipulation to dismiss this action with prejudice and good cause

7   appearing, hereby orders:

8       1. Unilin's claims in this action are dismissed with prejudice;

9       2. Each party is to bear its own costs, expenses, and attorneys' fees with

10   respect to this action; and

11       3. This Court shall maintain continuing and exclusive jurisdiction over all

12   matters related to the interpretation and/or enforcement of the Settlement

13   Agreement.

14

15      **IT IS SO ORDERED.**

16

17   Dated:  July 11, 2016

18

19                                    _____
                                      The Honorable Beverly Reid O'Connell
20                                    United States District Judge

21

22

23

24

25

26

27

28